IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VIOLA SHIPP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. _____ |
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) Removed from Circuit Court for ) Davidson County, Tennessee |
| Defendant. | ) ) ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332 and 1441 Auto-Owners Insurance Company (hereafter "Auto-Owners") hereby provides notice of removal of this action from the Circuit Court for Davidson County, Tennessee. As grounds for removal, Auto-Owners states as follows:

1. This action was commenced on June 9, 2016, in the Circuit Court for Davidson County, Tennessee styled <u>Viola Shipp v. Auto-Owners Insurance Company</u>, Case Number 16C1568. A copy of all process, pleadings and discovery filed in the Circuit Court for Davidson County, Tennessee and served upon Auto-Owners is attached hereto as **Exhibit A**.

2. A copy of the Complaint was served on Auto-Owners on July 11, 2016 through the Tennessee Commissioner of Insurance's office. Auto-Owners is filing this Notice of Removal within thirty (30) days after receiving copies of the Summons and Complaint. This Notice of Removal is timely filed under 28 U.SC. § 1446(b).

3. This Court has diversity of citizenship jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(b).

4. Plaintiff is a resident and citizen of Antioch, Davidson County, Tennessee.

5. Auto-Owners is a Michigan company with its principal office located at 6101 Anacapri Boulevard, Lansing, Michigan.

6. The Complaint contemplates an amount in controversy in excess of $75,000, exclusive of interest and costs, in that Plaintiff specifically seeks compensatory damages of $142,500, plus a bad faith penalty award.

7. The United States District Court for the Middle District of Tennessee, Nashville Division, is the district and division embracing Davidson County, Tennessee, the place where the state court action was pending. 28 U.S.C. § 1441(a).

8. Upon filing this Notice of Removal, Defendant is giving notice to Plaintiff and to the Circuit Court Clerk of the Circuit Court of Tennessee, Twentieth Judicial District, Davidson County, Tennessee, as required by 28 U.S.C. § 1446(d). A copy of the Notice to be served on Plaintiff and the Clerk of the Davidson County Circuit Court is attached hereto as **Exhibit B**.

9. By filing this Notice of Removal, Defendant does not waive any claims or defenses that may be available to it. E.g. Arizona v. Maypenny, 451 U.S. 232, 243 n.17 (1980). This includes any legal or equitable claims or defenses, counterclaims, and/or right to arbitration or other remedy or procedural mechanism.

10. A completed Civil Cover Sheet is attached hereto as **Exhibit C.**

WHEREFORE, take notice that the Defendant, by and through its counsel, removes the above-entitled action from the Circuit Court for Davidson County, Tennessee to the United States District Court for the Middle District of Tennessee, Nashville Division.

Respectfully submitted,

/s/ Joshua G. Offutt
Joshua G. Offutt (TN BPR #022215)
**LeVAN, SPRADER, PATTON, PLYMIRE & OFFUTT**
201 Fourth Avenue North, Suite 1500
Nashville, TN 37219
(615) 843-0300
(615)843-0310
joffutt@lsplaw.net
*Attorney for Auto-Owners Insurance Company*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via electronic mail and First Class Mail, postage prepaid, addressed to Thomas W. Thompson, 4725 North Lois Avenue, Tampa, Florida 33614, on this 27th day of August, 2016.

**/s/ Joshua G. Offutt**
Joshua G. Offutt