# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| VIOLA SHIPP | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:16-1967 |
| v. | ) |
| | ) |
| AUTO-OWNERS INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**JOINT NOTICE OF MEDIATION AND REQUEST TO SUBMIT NEW SCHEDULING ORDER**

In compliance with this Court's Order dated February 1, 2017, the Parties file this Joint Notice advising the Court that the Parties have tentatively agreed to conduct mediation with Barry Howard, Esq. on July 11, 2017. The Parties are hopeful that the case will resolve without further Court involvement. However, to the extent the case does not resolve, the Parties would request this Court's permission to submit a new scheduling Order within ten (10) days of any impasse in the mediation.

Respectfully submitted,

/s Thomas W. Thompson, Esq.
Smith, Kling & Thompson, P.A.
Thomas W. Thompson, Esq. (TN BPR: 030659)
Email: mrivera@smithkling.com
4725 N. Lois Avenue
Tampa, Florida 33614
Tel: 813-254-1800
Fax: 813-254-1844

/s/ Joshua G. Offutt
Joshua G. Offutt (TN BPR #022215)
**Levan, Sprader, Patton, Plymire & Offutt**
201 Fourth Avenue North, Suite 1500
Nashville, TN 37219
(615) 843-0300
(615)843-0310
joffutt@lsplaw.net
*Attorney for Auto-Owners Insurance Company*