# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| VIOLA SHIPP, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 3:16-1967 |
| | )    JUDGE CRENSHAW/FRENSLEY |
| AUTO-OWNERS INSURANCE COMPANY, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## NOTICE OF ADDRESS CHANGE

Joshua G. Offutt, attorney for Defendant, Auto-Owners Insurance Company gives notice of a change of address. Please note that, effective October 2nd, 2017, his new address will be:

> Joshua G. Offutt
> **Law Offices of Joshua Offutt & Associates, PC**
> 2323 21st Avenue South, Suite 306
> Nashville, TN 37212
> (615) 802-8912 Phone
> (615) 334-8259 Facsimile

Respectfully submitted,

*s/Joshua G. Offutt*
**Joshua G. Offutt #022215**
LAW OFFICES OF JOSHUA OFFUTT & ASSOCIATES
2323 21st Avenue South, Suite 306
Nashville, TN 37211
Telephone: 615.802.8912
Facsimile: 615.334.8259
E-mail: josh@joffuttlaw.com
*Attorney for Defendant Auto-Owners Insurance Company*

## CERTIFICATE OF SERVICE

This is to certify that I have this date filed the above and foregoing *Notice of Change of Address* on the Court's electronic system and that by virtue of this filing, true and exact copies will be served on all counsel of record as follows:

**Robert D. MacPherson #022516**
*MacPherson & Youmans*
119 Public Square
Lebanon, TN 37087
Telephone: (615) 444-2300
Fax: (615) 444-3396
Email: *rdmacpherson@macyolaw.com*
*Attorney for Plaintiff*

**Thomas W. Thompson #030659**
*Smith, Kling & Thompson, P.A.*
4725 North Lois Avenue
Tampa, FL 33164-7046
Telephone:	813.254.1800
Facsimile:	813.254.1844
Email:	mrivera@smithkling.com
*Attorney for Plaintiff*

SO CERTIFIED this _____ day of OCTOBER, 2017.

                                                  **/s/ Joshua G. Offutt**_____
                                                  Joshua G. Offutt